# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2310

_____

STEPHEN RODGERS,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

March 13, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROWE and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Tim B. Rodriguez of Tim Bower Rodriguez, P.A., Tampa, for Appellant.

James Uthmeier, Attorney General, Ryan E. Roy, Assistant Attorney General, Tallahassee, for Appellee.